IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JOSTEEN FERNANDO RIVERA PEREZ,

      Petitioner,

v.

                                                  Civil Action No. 2:26-cv-167

508 FARMVILLE WATERWORKS,

      Respondent.

**<u>MEMORANDUM ORDER</u>**

Petitioner Josteen Fernando Rivera Perez ("Petitioner"), a noncitizen and detainee of the United States Immigration and Customs Enforcement ("ICE"), filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241, alleging that he has been unlawfully detained at the Farmville Detention Center since December 19, 2025 and that he has been refused a bond hearing as required by 8 U.S.C. § 1226. Dkt. No. 1. Petitioner asks this Court to order his release from ICE custody or, in the alternate, to order a bond hearing under 8 U.S.C. § 1226.

Separately, Petitioner, through counsel, filed another habeas petition with this Court on March 4, 2026. *See Rivera-Perez v. Bondi*, No. 1:26-cv-636 (E.D. Va. Mar. 10, 2026). The petition was granted in that case, and Respondent was ordered to immediately release Petitioner from custody, provide Petitioner with a bond hearing within fourteen days, refrain from denying Petitioner release on bond on the basis that he is subject to mandatory detention, refrain from rearresting Petitioner unless he has committed a new violation of any federal, state, or local law or otherwise failed to attend any properly noticed immigration or court hearing. *See* Case No. 1:26-cv-636, Dkt. No. 5. Respondents are also required to file a status report within 3 days of Petitioner's bond hearing. *Id.*

Given that Petitioner has already received the relief he has requested by this Court, the Clerk of the Court is directed to close this case and the petition, Dkt. No. 1, is DENIED as moot.

The Clerk is further directed to send a copy of this Final Order to all counsel of record and to Petitioner at his address of record.

It is SO ORDERED.


Norfolk, Virginia
Date: March 16, 2026

_____ /s/ _____
Elizabeth W. Hanes
United States District Judge


3